# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| NANCY CORSON, | ) |
| | ) |
| Plaintiff | ) |
| v. | ) No. 1:11-cv-251-GZS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 20) filed March 27, 2012, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Decision of the Commissioner is **AFFIRMED**.

                                                                             /s/ George Z. Singal  
                                                                             United States District Judge

Dated this 19th day of April, 2012.